# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   : Criminal No.
                                   :
       -vs-                 : 29 USC § 439(c)  (one count)
                                   :

BERNARD C. NOLTER, JR.,      :
                Defendant      :      (   , J.)

## INFORMATION

## THE UNITED STATES ATTORNEY CHARGES:

## COUNT I

1.   At all times material to this Information United Steelworkers AFL-CIO Local 635 (Local) was a labor organization engaged in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 USC § 401, et seq, required to file an Annual Financial (LM series) Report with the Secretary of Labor.

2.   On or about December 1, 2010, and continuing until on or about September 30, 2011, in the Middle District of Pennsylvania, the Defendant,

## BERNARD C. NOLTER, JR.,

was the Local's treasurer and did willfully make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is the Local's financial records, a record on matters required to be reported in the annual Financial Report of Steelworkers, Local 480A which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on December 31, 2010 through December 31, 2011 and concealed the fact that the Defendant embezzled approximately $7,047 from the Local.

All in violation of Title 29, United States Code, Section 439(c).

Date: 8/19/13

PETER J. SMITH
United States Attorney

2